# EXHIBIT A

**3rd Division District Court**

## Case Summary

### Case No. 3CA-2024-02831

| | | |
|---|---|---|
| **Melissa Potter v. Elmwood Realty** | § <br> § | Location: **3rd Division District Court** <br> Filed on: **04/05/2024** |

---

## Case Information

**Statistical Closures**
05/14/2024  Bench Trial Disposition

Case Type:  Civil
Case Status:  **05/14/2024  Closed**

---

## Party Information

| **Plaintiff** | **Potter, Melissa R.** | **RICE, OWEN JEROME** <br> *Retained* |
|---|---|---|
| **Defendant** | **Elmwood Realty** | **LITWIN, STEPHEN M.** <br> *Retained* |

---

## Case Events

04/05/2024  Tenant Restraining Order Against Landlord Filed

04/05/2024  Motion to Proceed in Forma Pauperis

04/05/2024  Motion Granted

04/05/2024  Order Entered

04/05/2024  Order Entered

04/16/2024  Notice Sent

04/16/2024  Notice Sent

04/16/2024  Notice Sent

04/16/2024  Notice Sent

04/16/2024  Entry of Appearance

04/23/2024  Notice Sent

04/23/2024  Notice Sent

04/23/2024  Notice Sent

04/23/2024  Notice Sent

04/23/2024  Order Entered

**3rd Division District Court**

**Case Summary**

**Case No. 3CA-2024-02831**

| | |
|---|---|
| 04/30/2024 | Notice Sent |
| 04/30/2024 | Notice Sent |
| 04/30/2024 | Notice Sent |
| 04/30/2024 | Notice Sent |
| 04/30/2024 | Order Entered |
| 05/14/2024 | Case Dismissed |
| 10/14/2025 | Requested Recording Completed |

---

## Hearings

04/05/2024   **Hearing on Restraining Order - Tenant/Landlord**   (9:00 AM)   (Judicial Officer: Trezvant, William J.)
*Hearing Concluded*

04/05/2024   **Hearing on Motion to Proceed in Forma Pauperis**   (9:00 AM)   (Judicial Officer: Trezvant, William J.)
*Hearing Concluded*

04/16/2024   **Hearing on Restraining Order - Tenant/Landlord**   (10:00 AM)   (Judicial Officer: Trezvant, William J.)
*Hearing Continued*

04/23/2024   **Hearing on Restraining Order - Tenant/Landlord**   (11:00 AM)   (Judicial Officer: Trezvant, William J.)
*Hearing Continued*

04/30/2024   **Hearing on Restraining Order - Tenant/Landlord**   (2:00 PM)   (Judicial Officer: Trezvant, William J.)
04/30/2024 Reset by Court to 04/30/2024
*Hearing Continued*

05/14/2024   **Hearing on Restraining Order - Tenant/Landlord**   (11:00 AM)   (Judicial Officer: Trezvant, William J.)
*Hearing Concluded*

---

## Financial Information

**Plaintiff**   Potter, Melissa R.

| | |
|---|---|
| Total Financial Assessment | 100.75 |
| Total Payments and Credits | 100.75 |
| **Balance Due as of 06/01/2026** | **0.00** |

| | | |
|---|---|---|
| 04/05/2024 | Transaction Assessment | 100.75 |
| 04/05/2024 | Indigent Payment | (100.75) |



RI 6th Division District Court
F...
APR 0 5 2024

# STATE OF RHODE ISLAND JUDICIARY

## DISTRICT COURT

## COMPLAINT AND MOTION FOR TEMPORARY RESTRAINING ORDER - TENANT AGAINST LANDLORD

Waleada Shepard
Clerk

| Plaintiff Melissa R. Potter | Civil Action File Number 3CA-2024-0283 |
|---|---|
| Defendant Elmwood Realty LLC | Attorney for the Plaintiff or the Plaintiff |
| Address of the Defendant 2077 Elmwood Ave Warwick, RI 02888 | Address of the Plaintiff's Attorney or the Plaintiff 1890 Broad St. Apt 111 Cranston, RI 02905 |

| ☐ Murray Judicial Complex 2nd Division District Court 45 Washington Square Newport, Rhode Island 02840-2913 (401) 841-8350 | ☐ Noel Judicial Complex 3rd Division District Court 222 Quaker Lane Warwick, Rhode Island 02886-0107 (401) 822-6750 |
|---|---|
| ☐ McGrath Judicial Complex 4th Division District Court 4800 Tower Hill Road Wakefield, Rhode Island 02879-2239 (401) 782-4131 | ☒ Garrahy Judicial Complex 6th Division District Court One Dorrance Plaza Providence, Rhode Island 02903-2719 (401) 458-5400 |

Pursuant to G.L. 1956 §§ 34-18-6, 34-18-34, and/or 34-18-45, the Plaintiff hereby requests that this court enter a Temporary Restraining Order for the reasons set forth below. In support of this Complaint and Motion, the Plaintiff states:

1. The Plaintiff is the tenant of the rental premises located at: 1890 Broad St. Apt 111 Cranston, RI 02905

2. The Defendant is the landlord/owner of the property.

3. The Defendant has violated G.L. 1956 §§ 34-18-44 and/or 34-18-26 by doing one (1) or more of the following:

☐ The Defendant changed the locks to Plaintiff's apartment or otherwise excluded Plaintiff from the apartment.

☒ The Defendant shut off or otherwise interrupted Plaintiff's utility service, specifically: (Check as needed)
☐ Electricity ☒ Heat ☐ Gas ☐ Water ☒ Other: broken wall, trench in front of door mold from blood

Page 1 of 3

DC-61 (revised January 2023)



# STATE OF RHODE ISLAND JUDICIARY

## DISTRICT COURT

☐ The Defendant has abused the right to reasonable access by entering the Plaintiff's apartment without giving the Plaintiff prior notice and without obtaining the Plaintiff's consent.

4. The Plaintiff has been harmed by these actions and will suffer irreparable harm if the court does not enter a Temporary Order as requested in this Motion and Complaint.

5. The Plaintiff contacted or attempted to contact the Defendant to tell the Defendant of this request for a Temporary Restraining Order by doing the following: called landlord

_____

_____.

**WHEREFORE,** the Plaintiff asks this court to:

1. Enter a Temporary Restraining Order and Preliminary and Permanent Injunction, enjoining the Defendant to:

☐ Immediately give Plaintiff full access to and use of the rental premises and to return any property he/she may have removed from Plaintiff's apartment.

☑ Immediately restore all utility services that he/she terminated or interrupted.

☑ Cease and desist from entering Plaintiff's apartment without first giving Plaintiff proper notice and obtaining Plaintiff's prior consent except in case of emergency.

and

2. Award the Plaintiff statutory damages as allowed by G.L. 1956 §§ 34-18-34 and/or 34-18-45 and grant such further relief as this court deems fit and proper.

I, Melissa R Potter _____, after being duly sworn, depose on oath and state that I am the Plaintiff in the above-entitled case, and I have personal knowledge of the matters to which the Complaint refers, and that these matters are true and correct to the best of my knowledge and belief.

| Name of the Plaintiff |
|---|
| Melissa R. Potter |

| Signature of the Plaintiff |
|---|
| Melissa R Potter |

Page 2 of 3

DC-61 (revised January 2023)



# STATE OF RHODE ISLAND JUDICIARY

## DISTRICT COURT

### TENANT RESTRAINING ORDER AGAINST LANDLORD - AFFIDAVIT

| Plaintiff | Civil Action File Number |
|---|---|
| Melissa Potter | |
| **Defendant** | |
| Elmwood Realty LLC | |

I, Melissa Potter _____ ·_____, on oath do depose and state as follows.

1. My name is Melissa R Potter _____
2. I reside at 1890 Broad St. Apt 111 Cranston _____.
3. My landlord is Elmwood Realty LLC _____.
4. The following has occurred:

I have repeatedly been without heat throughout the winter months for the 2yrs I've lived on the property. Broken window in bedroom 2022 and mold from a flood in feb 2023 in bedroom responses go unanswered or work isn't available.

heat is included in rent

| Name of the Plaintiff |
|---|
| Melissa Potter |
| **Signature of the Plaintiff** |
| Melissa R Potter |

Page 1 of 2

DC-61 (revised January 2023)



# STATE OF RHODE ISLAND JUDICIARY

## DISTRICT COURT

State of _Rhode Island_
County of _Providence_

On this _5th_ day of _April_ , 20_24_, before me, the undersigned notary public, personally appeared _Melissa Polo_
☐ personally known to the notary or ☑ proved to the notary through satisfactory evidence of identification, which was _RI State Driver license_ , to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _Kevin Whit_

My commission expires: _____

Notary identification number: _____

### ATTORNEY CERTIFICATE

| /s/ _Melissa P Polen_ | Rhode Island Bar Number: |
|---|---|
| Attorney for the Plaintiff | Date: |
| Office Telephone Number: | |

Page 3 of 3

DC-61 (revised January 2023)



# STATE OF RHODE ISLAND JUDICIARY

## DISTRICT COURT

State of _Rhode Island_
County of _Providence_

On this _5th_ day of _April_ , 20_24_, before me, the undersigned notary public, personally appeared _Melissa Potter_

☐ personally known to the notary or ☑ proved to the notary through satisfactory evidence of identification, which was _R.I Umens lic_ , to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _Karen Whitney_
My commission expires: _____
Notary identification number: _____

Page 2 of 2

DC-61 (revised January 2023)



# STATE OF RHODE ISLAND JUDICIARY

## DISTRICT COURT

### ORDER:   TENANT/LANDLORD

| **Plaintiff** | | **Civil Action File Number** |
| --- | --- | --- |
| Melissa R. Potter | | 3CA-2024-02831 |
| v. | | |
| **Defendant** | | |
| Elmwood Realty | | |

The above-entitled case having been heard before ___Treavant___

Chief Judge/ Associate Judge/ Magistrate

on _____ and after due consideration thereon it is hereby:

## ORDERED, ADJUDGE, AND DECREED

☐  Motion is Granted

☐  Motion is Denied

☒  Other: _continued pend_

_partial measures to be done_
_ive heating system_
_dwelled to heat in cold weather._

_Case to be adjourned_

Entered as an Order of the District Court on this _14th_ day of _May_, 20_24_

| **ENTERED:** | **BY ORDER:** |
| --- | --- |
| _____ | /s/ Dawn Bellamy |
| Chief Judge/Associate Judge/Magistrate | Clerk |

DC-CMS-31 (revised November 2022)