# EXHIBIT B

**3rd Division District Court**

## Case Summary

### Case No. 3CA-2024-05801

| | | |
|---|---|---|
| **Spring Street Realty, LLC v. Melissa Potter** | § <br> § | Location: **3rd Division District Court** <br> Filed on: **07/02/2024** |

---

### Case Information

**Statistical Closures**
08/21/2024  Non-Trial Disposition

Case Type: Eviction - Twenty (20) Day
Case Status: **08/21/2024  Closed**

---

### Party Information

| | | |
|---|---|---|
| **Plaintiff** | **Spring Street Realty, LLC** | LITWIN, STEPHEN M. <br> *Retained* |
| **Defendant** | **Potter, Melissa** | BANKS, T. MICHAEL <br> *Retained* |

---

### Case Events

| Date | Event |
|---|---|
| 07/02/2024 | Complaint and Notice Filed |
| 07/03/2024 | Summons Issued |
| 07/08/2024 | Summons Returned Served |
| 07/24/2024 | Notice Sent |
| 07/24/2024 | Notice Sent |
| 07/24/2024 | Notice Sent |
| 07/24/2024 | Answer Filed |
| 07/24/2024 | Entry of Appearance |
| 08/06/2024 | Motion to Dismiss |
| 08/07/2024 | Notice Sent |
| 08/07/2024 | Notice Sent |
| 08/07/2024 | Notice Sent |
| 08/07/2024 | Notice Sent |
| 08/13/2024 | Objection Filed |
| 08/19/2024 | Miscellaneous Document Filed |

**3rd Division District Court**

**Case Summary**

**Case No. 3CA-2024-05801**

08/21/2024
Case Dismissed without Prejudice

---

## Hearings

08/06/2024
**Eviction Hearing** (10:00 AM) (Judicial Officer: Trezvant, William J.)
*Hearing Continued*

08/14/2024
**Eviction Hearing** (10:00 AM) (Judicial Officer: Trezvant, William J.)
*Hearing Continued*

08/14/2024 **Hearing on Motion to Dismiss** (10:00 AM) (Judicial Officer: Trezvant, William J.)
*Hearing Continued*

08/21/2024 **Trial** (11:00 AM) (Judicial Officer: Trezvant, William J.)
*Hearing Concluded*

---

## Financial Information

| | | |
|---|---|---:|
| **Plaintiff** | Spring Street Realty, LLC | |
| Total Financial Assessment | | 100.75 |
| Total Payments and Credits | | 100.75 |
| **Balance Due as of 06/01/2026** | | **0.00** |
| 07/03/2024 Transaction Assessment | | 100.75 |
| 07/03/2024 Electronic Payment | Receipt # DC3D-2024-008109 | (100.75) |

Case Number: 3CA-2024-05801
Filed in 3rd Division District Court
Submitted: 7/2/2024 1:06 PM
Envelope: 4699123
Reviewer: Giavanna Funaro

STATE OF RHODE ISLAND                    DISTRICT COURT
KENT COUNTY                              THIRD DIVISION


SPRING STREET REALTY, LLC
　　　PLAINTIFF

VS.                                      C.A. NO.:

MELISSA POTTER
　　　DEFENDANT


## COMPLAINT

1. Plaintiff, Spring Street Realty, LLC, is a Rhode Island Limited Liability Company with an address of 2077 Elmwood Avenue, Warwick, Rhode Island.

2. Defendant, Melissa Potter, is a Rhode Island resident with an address of 1890 Broad Street, Unit 111, Cranston, Rhode Island 02905.

3. Plaintiff is the owner of that certain real property located at 1890 Broad Street, Cranston, Rhode Island 02905.

4. Defendant is a Tenant within the property owned by the Plaintiff at 1890 Broad Street, Cranston, Rhode Island 02905.

5. On/or about May 28, 2024, Plaintiff provided notice to Defendant that Plaintiff was terminating Defendant's tenancy at the property located at 1890 Broad Street, Unit 111, Cranston, Rhode Island 02905 advising Defendant that her tenancy would be terminated effective as of July 1, 2023. A copy of said notice is attached hereto as Exhibit "A".

6. As of the filing of this Complaint, Defendant is still an occupant in the property at 1890 Broad Street, Unit 111, Cranston, Rhode Island 02905.

7. Accordingly, Defendant is a holdover Tenant who refuses to vacate the property.


WHEREFORE, Plaintiff requests a Judgment of the Court granting possession to Plaintiff against Defendant as regards the property at 1890 Broad Street, Unit 111, Cranston, Rhode Island 02905, plus rental through the date of Judgment, interest, and costs.

Case Number: 3CA-2024-05801
Filed in 3rd Division District Court
Submitted: 7/2/2024 1:06 PM
Envelope: 4699123
Reviewer: Giavanna  Funaro

Elmwood Realty, LLC
Plaintiff
By its Attorney:


Stephen M. Litwin, Esquire
Bar Code No.: 2974
116 Orange Street
Providence, Rhode Island 02903
Tel: (401) 273-5155
Fax: (401) 273-5751

Case Number: 3CA-2024-05801
Filed in 3rd Division District Court
Submitted: 7/2/2024 1:06 PM
Envelope: 4699123
Reviewer: Giavanna  Funaro

## NOTICE OF TERMINATION OF TENANCY

DATE OF MAILING: May 28, 2024

TO:    Ms. Melissa Potter
       Unit 111
       1890 Broad Street
       Cranston, Rhode Island 02905

You are hereby directed to vacate and remove your property and personal possessions from the premises located at 1890 Broad Street, Unit 111, Cranston, Rhode Island 02905 and deliver control of the premises to the Landlord/Owner on the first day after the end of your current rental period, namely, July 1, 2023.

This notice is given for the purpose of terminating your tenancy. You must continue to pay rent as it becomes due until the date indicated above. If you fail to pay that rent, a nonpayment eviction action may be instituted against you.

If you fail to vacate the premises by the date specified, an eviction may be instituted against you without further notice. If you believe you have a defense to this termination, you will be able to raise that defense at the court hearing.

Attorney for:
Spring Street Realty, LLC
Landlord

Stephen M. Litwin, Esquire
Bar Code No.: 2974
116 Orange Street
Providence, Rhode Island 02903
Tel: (401) 273-5155
Fax: (401) 273-5751

Case Number: 3CA-2024-05801
Filed in 3rd Division District Court
Submitted: 7/2/2024 1:06 PM
Envelope: 4699123
Reviewer: Giavanna  Funaro

Case 1:25-cv-00323-JJM-AEM   Document 27-2   Filed 06/01/26   Page 7 of 10 PageID
#: 689

## CERTIFICATION

I hereby certify that I mailed a copy of the within Notice of Termination of Tenancy, first class mail, postage prepaid, addressed to Melissa Potter, 1890 Broad Street, Unit 111, Cranston, Rhode Island 02905 on the 28th day of May 2024.

*Stephen M nntwn*

Case Number: 3CA-2024-05801
Filed in 3rd Division District Court
Submitted: 7/24/2024 1:59 PM
Envelope: 4727220
Reviewer: Lauren Rotondo

STATE OF RHODE ISLAND                         DISTRICT COURT
KENT, SC.                                         THIRD DIVISION

| | |
|---|---|
| **Spring Street Realty, LLC**<br>    *Plaintiff*<br>**Vs.**<br><br>**Melissa Potter**<br>    *Defendant* | **Civil Action File No.**<br><br>**3CA-2024-05801** |

## ANSWER

1.    Defendant neither admits nor denies the allegation set forth in Paragraph 1 of the Complaint, and leaves Plaintiff to its proof.

2.    Defendant neither admits nor denies the allegation set forth in Paragraph 1 of the Complaint, and leaves Plaintiff to its proof.

3.    Defendant neither admits nor denies the allegation set forth in Paragraph 3 of the Complaint, and leaves Plaintiff to its proof.

4.    Defendant neither admits nor denies the allegation set forth in Paragraph 4 of the Complaint, and leaves Plaintiff to its proof.

5.    Defendant neither admits nor denies the allegation set forth in Paragraph 5 of the Complaint, and leaves Plaintiff to its proof.

6.    Defendant neither admits nor denies the allegation set forth in Paragraph 6 of the Complaint, and leaves Plaintiff to its proof.

7.    Defendant neither admits nor denies the allegation set forth in Paragraph 7 of the Complaint, and leaves Plaintiff to its proof.

    **WHEREFORE**, Defendant respectfully requests that Plaintiff's claims be denied and dismissed in their entirety, and that a judgment be entered in Defendant's favor in this action.

## AFFIRMATIVE DEFENSES

1.  Relief for Plaintiff should be denied under R.I.G.L. §34-18-41.

2.  Relief for Plaintiff should be denied under R.I.G.L. §34-18-46.

3.  Plaintiff has failed to state a claim upon which relief can be granted.

4.  Lack of subject matter jurisdiction.

Case Number: 3CA-2024-05801
Filed in 3rd Division District Court
Submitted: 7/24/2024 1:59 PM
Envelope: 4727220
Reviewer: Lauren Rotondo

**WHEREFORE**, Defendant respectfully requests that Plaintiff's claims be denied and dismissed in their entirety and that Defendant's tenancy be fully reinstated.

MELISSA POTTER
by Her Attorney,

/s/ T. Michael Banks, Esq.
T. Michael Banks #8152
RHODE ISLAND LEGAL SERVICES, INC.
56 Pine Street, Fourth Floor
Providence, Rhode Island 02903
(401) 274-2652, Ext. 123
(401) 633-9178 (Fax)
*mbanks@rils.org*

**CERTIFICATION OF SERVICE**

I hereby certify that on **July 24, 2024**, I filed and served this document through the electronic filing  system on the following parties: **Stephen M. Litwin, Esq.** The document  electronically filed and served is available for viewing and/or downloading from the R.I. Judiciary's  Electronic Filing System.

/s/ T. Michael Banks #8152



# STATE OF RHODE ISLAND JUDICIARY

## DISTRICT COURT

## JUDGMENT

| Plaintiff<br>Spring Street Realty, LLC<br>v.<br>**Defendant**<br>Melissa Potter | Civil Action File Number<br>3CA-2024-05801 |
|---|---|
| | **Attorney for the Plaintiff or the Plaintiff**<br>STEPHEN M. LITWIN |
| Noel Judicial Complex<br>3rd Division District Court<br>222 Quaker Lane<br>Warwick RI  02886<br>(401) 822-6750 | **Attorney for the Defendant or the Defendant**<br>T. MICHAEL BANKS |
| | **Address for the Defendant**<br>1890 Broad Street<br>Unit 111<br>Cranston RI  02905 |

This action came before the court and the issues having been duly heard and a decision having been duly rendered.

**IT IS ORDERED AND ADJUDGED THAT,**

Judgment for:  ☐ Plaintiff  ☐ Defendant

☐ Counterclaim  ☐ After Trial  ☐ Summary Judgment  ☐ Oral Proof of Claim
☒ Written Proof of Claim  ☐ By Default  ☐ For Possession
☐ Agreement For Payment  ☐ Stipulation

☐ *Servicemembers Civil Relief Act Affidavit Filed*

Damages $_____  Costs $_____  Interest $_____

Attorney's Fee $_____  Statutory Interest $_____

Total Judgment $_____

**Dismissed:**

☐ By Plaintiff    ☐ By Defendant    ☒ By Judicial Officer    ☐ With Prejudice    ☒ Without Prejudice

| ENTER:<br>/s/ _____<br>Chief Judge/Associate Judge/Magistrate<br><br>Date: _____ 8/2/24 | BY ORDER OF:<br>/s/ Dawn Bellamy<br>Clerk |
|---|---|

DC-CMS-5 (revised November 2022)