# EXHIBIT C

3rd Division District Court

# Case Summary

### Case No. 3CA-2024-08347

| | | |
|---|---|---|
| **Spring Street Realty, LLC v. Melissa Potter** | § <br> § | Location: **3rd Division District Court** <br> Filed on: **10/07/2024** |

---

## Case Information

**Statistical Closures**
10/14/2025  Non-Trial Disposition

Case Type:  Eviction - Twenty (20) Day
Case Status:  **10/14/2025  Closed**

---

## Party Information

| | | |
|---|---|---|
| **Plaintiff** | **Spring Street Realty, LLC** | **LITWIN, STEPHEN M.** <br> *Retained* |
| | | **COMLEY, HEATH** <br> *Retained* |
| **Defendant** | **Potter, Melissa** | **Cramer, Samuel Edward** <br> *Retained* |
| | | **McCorkle, Katharine Lewis Wininger** <br> *Retained* |

---

## Case Events

10/07/2024
Complaint and Notice Filed

10/07/2024
Summons Issued

10/11/2024
Summons Returned Served

10/30/2024
Entry of Appearance

10/30/2024
Answer and Counterclaim Filed

11/14/2024
Notice Sent

11/14/2024
Notice Sent

11/14/2024
Notice Sent

11/14/2024
Notice Sent

11/14/2024
Answer to Counterclaim

11/19/2024
Entry of Appearance

11/25/2024
Entry of Appearance

11/27/2024
Notice Sent

3rd Division District Court
## Case Summary

### Case No. 3CA-2024-08347

| Date | | Action |
|---|---|---|
| 11/27/2024 | 📄 | Notice Sent |
| 11/27/2024 | 📄 | Notice Sent |
| 11/27/2024 | 📄 | Notice Sent |
| 12/16/2024 | 📄 | Notice Sent |
| 12/16/2024 | 📄 | Notice Sent |
| 12/16/2024 | 📄 | Notice Sent |
| 12/16/2024 | 📄 | Notice Sent |
| 01/17/2025 | 📄 | Notice Sent |
| 01/17/2025 | 📄 | Notice Sent |
| 01/17/2025 | 📄 | Notice Sent |
| 01/17/2025 | 📄 | Notice Sent |
| 02/18/2025 | 📄 | Notice Sent |
| 02/18/2025 | 📄 | Notice Sent |
| 02/18/2025 | 📄 | Notice Sent |
| 02/18/2025 | 📄 | Notice Sent |
| 04/08/2025 | 📄 | Notice Sent |
| 04/08/2025 | 📄 | Notice Sent |
| 04/08/2025 | 📄 | Notice Sent |
| 04/08/2025 | 📄 | Notice Sent |
| 04/22/2025 | | Notice Sent |
| 04/22/2025 | 📄 | Notice Sent |
| 04/22/2025 | 📄 | Notice Sent |
| 04/22/2025 | 📄 | Notice Sent |
| 05/08/2025 | 📄 | Notice Sent |
| 05/08/2025 | 📄 | Notice Sent |
| 05/08/2025 | 📄 | Notice Sent |
| 05/08/2025 | 📄 | Notice Sent |
| 05/20/2025 | 📄 | Notice Sent |

Printed on 06/01/2026 at 4:19 PM

**3rd Division District Court**

**Case Summary**

**Case No. 3CA-2024-08347**

| | |
|---|---|
| 05/20/2025 | Notice Sent |
| 05/20/2025 | Notice Sent |
| 05/20/2025 | Notice Sent |
| 06/04/2025 | Notice Sent |
| 06/04/2025 | Notice Sent |
| 06/04/2025 | Notice Sent |
| 06/04/2025 | Notice Sent |
| 06/30/2025 | Notice Sent |
| 06/30/2025 | Notice Sent |
| 06/30/2025 | Notice Sent |
| 06/30/2025 | Notice Sent |
| 07/03/2025 | Notice Returned Undeliverable |
| 07/21/2025 | Notice Sent |
| 07/21/2025 | Notice Sent |
| 07/21/2025 | Notice Sent |
| 07/21/2025 | Notice Sent |
| 08/20/2025 | Notice Sent |
| 08/20/2025 | Notice Sent |
| 08/20/2025 | Notice Sent |
| 08/20/2025 | Notice Sent |
| 09/18/2025 | Notice Returned Undeliverable |
| 10/14/2025 | Case Dismissed without Prejudice |

---

## Hearings

| | |
|---|---|
| 11/27/2024 | **Eviction Hearing**   (9:00 AM)   (Judicial Officer: Parrillo, Nicholas J.)<br>*Hearing Continued by Agreement* |
| 12/18/2024 | *CANCELED* **Eviction Hearing**   (9:00 AM)   (Judicial Officer: Goulart, Alan R.)<br>*At the request of Defendant's Attorney* |

**3rd Division District Court**

**Case Summary**

**Case No. 3CA-2024-08347**

01/21/2025   *CANCELED* **Eviction Hearing**  (10:00 AM)   (Judicial Officer: Parrillo, Nicholas J.)
*At the request of Plaintiff's Attorney*

02/18/2025   **Eviction Hearing**  (9:00 AM)   (Judicial Officer: Trezvant, William J.)
*Hearing Continued*

03/04/2025   *CANCELED* **Eviction Hearing**  (9:00 AM)   (Judicial Officer: Trezvant, William J.)
*At the request of Plaintiff's Attorney*

03/18/2025   *CANCELED* **Eviction Hearing**  (10:00 AM)   (Judicial Officer: Parrillo, Nicholas J.)
*At the request of Plaintiff's Attorney*

04/08/2025   **Eviction Hearing**  (9:30 AM)   (Judicial Officer: Goulart, Alan R.)
*Hearing Continued*

04/22/2025   **Eviction Hearing**  (9:30 AM)   (Judicial Officer: Caruolo, James J.)
*Hearing Continued*

05/08/2025   **Eviction Hearing**  (10:00 AM)   (Judicial Officer: Parrillo, Nicholas J.)
*Hearing Continued*

05/21/2025   *CANCELED* **Eviction Hearing**  (10:00 AM)   (Judicial Officer: Trezvant, William J.)
*At the request of Plaintiff's Attorney*

06/03/2025   **Eviction Hearing**  (10:30 AM)   (Judicial Officer: Parrillo, Nicholas J.)
*Hearing Continued*

07/01/2025   *CANCELED* **Eviction Hearing**  (10:30 AM)   (Judicial Officer: Parrillo, Nicholas J.)
*At the request of Plaintiff's Attorney*

07/22/2025   *CANCELED* **Eviction Hearing**  (9:00 AM)   (Judicial Officer: Trezvant, William J.)
*At the request of Plaintiff's Attorney*

08/21/2025   *CANCELED* **Eviction Hearing**  (9:00 AM)   (Judicial Officer: Parrillo, Nicholas J.)
*At the request of Defendant's Attorney*

10/22/2025   *CANCELED* **Eviction Hearing**  (9:00 AM)   (Judicial Officer: Parrillo, Nicholas J.)
*At the request of Plaintiff's Attorney*

---

## Financial Information

**Plaintiff**   Spring Street Realty, LLC

| | |
|---|---:|
| Total Financial Assessment | 100.75 |
| Total Payments and Credits | 100.75 |
| **Balance Due as of 06/01/2026** | **0.00** |

| | | |
|---|---|---:|
| 10/07/2024 | Transaction Assessment | 100.75 |
| 10/07/2024 | Electronic Payment          Receipt # DC3D-2024-011637 | (100.75) |

STATE OF RHODE ISLAND                    DISTRICT COURT
KENT COUNTY                              THIRD DIVISION


SPRING STREET REALTY, LLC
        PLAINTIFF

VS.                                      C.A. NO.:

MELISSA POTTER
        DEFENDANT


## COMPLAINT

1.  Plaintiff, Spring Street Realty, LLC, is a Rhode Island Limited Liability Company with an address of 2077 Elmwood Avenue, Warwick, Rhode Island.

2.  Defendant, Melissa Potter, is a Rhode Island resident with an address of 1890 Broad Street, Unit 111, Cranston, Rhode Island 02905.

3.  Plaintiff is the owner of that certain real property located at 1890 Broad Street, Cranston, Rhode Island 02905.

4.  Defendant is a Tenant within the property owned by the Plaintiff at 1890 Broad Street, Cranston, Rhode Island 02905.

5.  On/or about August 21, 2024, Plaintiff provided notice to Defendant that Plaintiff was terminating Defendant's tenancy at the property located at 1890 Broad Street, Unit 111, Cranston, Rhode Island 02905 advising Defendant that her tenancy would be terminated effective as of October 1, 2024. A copy of said notice is attached hereto as Exhibit "A".

6.  As of the filing of this Complaint, Defendant is still an occupant in the property at 1890 Broad Street, Unit 111, Cranston, Rhode Island 02905.

7.  Accordingly, Defendant is a holdover Tenant who refuses to vacate the property.


WHEREFORE, Plaintiff requests a Judgment of the Court granting possession to Plaintiff against Defendant as regards the property at 1890 Broad Street, Unit 111, Cranston, Rhode Island 02905, plus rental through the date of Judgment, interest, and costs.

Case Number: 3CA-2024-08347
Filed in 3rd Division District Court
Submitted: 10/7/2024 9:55 AM
Envelope: 4828951
Reviewer: Giavanna Funaro

Case 1:25-cv-00323-JJM-AEM     Document 27-3     Filed 06/01/26     Page 7 of 24 PageID
#: 699

Elmwood Realty, LLC
Plaintiff
By its Attorney:

*Stephen M L*

_____

Stephen M. Litwin, Esquire
Bar Code No.: 2974
116 Orange Street
Providence, Rhode Island 02903
Tel: (401) 273-5155
Fax: (401) 273-5751

Case Number: 3CA-2024-08347
Filed in 3rd Division District Court
Submitted: 10/7/2024 9:55 AM
Envelope: 4828951
Reviewer: Giavanna Funaro

Case 1:25-cv-00323-JJM-AEM    Document 27-3    Filed 06/01/26    Page 8 of 24 PageID #: 700

## NOTICE OF TERMINATION OF TENANCY

DATE OF MAILING: August 21, 2024
R.I.G.L. 34-18-37(a)

TO:   Ms. Melissa Potter
      Unit 111
      1890 Broad Street
      Cranston, Rhode Island 02905

You are hereby directed to vacate and remove your property and personal possessions from the premises located at 1890 Broad Street, Unit 111, Cranston, Rhode Island 02905 and deliver control of the premises to the Landlord/Owner on the first day after the end of your current rental period, namely, October 1, 2024.

This notice is given for the purpose of terminating your tenancy. You must continue to pay rent as it becomes due until the date indicated above. If you fail to pay that rent, a nonpayment eviction action may be instituted against you.

If you fail to vacate the premises by the date specified, an eviction may be instituted against you without further notice. If you believe you have a defense to this termination, you will be able to raise that defense at the court hearing.

Attorney for:
Spring Street Realty, LLC
Landlord

_Stephen M. Litwin_

Stephen M. Litwin, Esquire
Bar Code No.: 2974
116 Orange Street
Providence, Rhode Island 02903
Tel: (401) 273-5155
Fax: (401) 273-5751

## CERTIFICATION

I hereby certify that I mailed a copy of the within Notice of Termination of Tenancy, first class mail, postage prepaid, on the 21st day August 2024 to Melissa Potter, 1890 Broad Street, Unit 111, Cranston, Rhode Island 02905.

_Stephen M. Litwin_

Case Number: 3CA-2024-08347
Filed in 3rd Division District Court
Submitted: 10/30/2024 8:11 PM
Envelope: 4861430
Reviewer: Giavanna Funaro

| | |
|---|---|
| **STATE OF RHODE ISLAND**<br>**KENT** | **DISTRICT COURT**<br>**THIRD DIVISION** |

| | |
|---|---|
| SPRING STREET REALTY, LLC<br>    *Plaintiff*<br><br>v.<br><br>MELISSA POTTER<br>    *Defendant* | Case No. 3CA-2024-8347 |

## ANSWER AND COUNTERCLAIM

NOW COMES Defendant, MELISSA POTTER, who by and through counsel responds to Plaintiff's complaint for eviction for reasons other than non-payment of rent by stating and alleging the following:

1.  Admitted.

2.  Admitted.

3.  Admitted.

4.  Admitted.

5.  Admitted that Plaintiff provided a notice to Defendant purporting to terminate her tenancy, but denied that the notice is effective to do so because it is retaliatory.

6.  Admitted.

7.  Denied that tenant is a "holdover tenant" who refuses to leave the property. Her continued possession of the premises is lawful because Plaintiff's purported termination of her tenancy is the latest in a series of retaliatory actions levied against Defendant for her participation in tenant organizing and alerting municipal authorities, the local press, and local politicians of the deplorable conditions she and her neighbors endure at the property.

Case Number: 3CA-2024-08347
Filed in 3rd Division District Court
Submitted: 10/30/2024 8:11 PM
Envelope: 4861430
Reviewer: Giavanna Funaro

Case 1:25-cv-00323-JJM-AEM    Document 27-3    Filed 06/01/26    Page 10 of 24 PageID #: 702

**STATEMENT OF FACTS**

8. Ms. Potter joined the Elmwood Tenant Union (Union) in February, 2024. She is one of its founding members and a public face of the union.

9. The Union was organized by tenants of Spring Street Realty, LLC and Elmwood Realty, LLC (both owned by Jeffrey Butler and with Principal Offices located at 2077 Elmwood Avenue Warwick, RI 02888) with the assistance of Reclaim RI.

10. Reclaim RI is a domestic non-profit organization that is organized to promote the social welfare and common good of Rhode Island through collective action.

11. Spring Street Realty, LLC was aware of the organizing efforts of Reclaim RI at the 1890 Broad Street property. Elmwood Realty, LLC posted a notice at 1890 Broad Street stating, "Absolutely no solicitation on this property. No Sales People. No Reclaim RI. Police will be called and a no trespass order will be requested. Tenants are asked to follow this policy as it may effect [sic] your future tenancy." That notice was posted at the property at least as late as March 7, 2024. A photograph of the notice is appended to this pleading as Exhibit A.

12. The Union was announced publicly on March 29, 2024. That same day, Ms. Potter along with other members of the Union delivered notice of the formation of the Union a list of demands to the offices of Spring Street Realty, LLC located at 2077 Elmwood Avenue Warwick, RI 02888. The Union sought to engage in collective bargaining with Spring Street Realty, LLC over the terms and conditions of their rental agreements. Among other things, the Union demanded that Spring Street Realty, LLC address substandard conditions in the apartments located at 1890 Broad Street.

Case Number: 3CA-2024-08347
Filed in 3rd Division District Court
Submitted: 10/30/2024 8:11 PM
Envelope: 4861430
Reviewer: Giavanna Funaro

13. On March 29, The Public's Radio published an article entitled, "Fed up with pests, erratic heat, and burst pipes, these Cranston renters are launching a tenants union."[1] Ms. Potter is immediately identified in the article as one of the tenants who helped organize the Union.

14. On April 2, 2024, the Providence Journal published an article entitled, "See the conditions at 1890 Broad St. after it reopened in 2022."[2] Ms. Potter is identified in that article, looking over a deep ditch right in front of her front door.

15. On April 2, 2024, the Providence Journal published an article entitled, "Mice, frozen pipes, flooded basements: Tenants in once-condemned Cranston complex are unionizing."[3] Ms. Potter is once again immediately identified as a tenant organizer with the Union.

16. On April 2, 2024, the Boston Globe published an article entitled, "'I have a moat…but this is no castle': R.I. renters battle flooding, pests, problematic landlord."[4] Melissa Potter is immediately identified in the article as a tenant organizer with the Union.

17. On April 5, Ms. Potter, with the assistance of Reclaim RI organizers, filed a complaint for a temporary restraining order in the Third Division District Court alleging several defects in her apartment (3CA-2024-2831). On April 23 an order

---

[1] Public's Radio, 3/29/24: https://thepublicsradio.org/housing/fed-up-with-pests-erratic-heat-and-burst-pipes-these-cranston-renters-are-launching-a-tenants-union/

[2] Providence Journal, 4/2/24: https://www.providencejournal.com/picture-gallery/news/local/2024/04/02/the-conditions-at-1890-broad-st-site-of-a-new-tenant-union/73168825007/

[3] Providence Journal, 4/2/24: https://www.providencejournal.com/story/business/2024/04/02/elmwood-realty-tenants-in-broad-street-apartments-unionize-against-landlord/73149513007/

[4] Boston Globe, 4/2/24; https://www.bostonglobe.com/2024/04/02/metro/cranston-ri-renters-battle-flooding-pests-problematic-landlord/

Case Number: 3CA-2024-08347
Filed in 3rd Division District Court
Submitted: 10/30/2024 8:11 PM
Envelope: 4861430
Reviewer: Giavanna Funaro

entered in which the Defendant (named in the action as Elmwood Realty) agreed to make substantial repairs.

18. During the pendency of that action, Mr. Butler came to Ms. Potter's apartment for a court ordered inspection. During that inspection, Mr. Butler became enraged when addressed by a Reclaim RI organizer who pointed out ongoing problems with the heating system in the apartment complex.

19. The complaint for a temporary restraining order was dismissed on May 14, with an order requiring continued pest control measures to be taken.

20. Unsatisfied with Spring Street Realty, LLC's attempts to repair the problems with her apartment, Ms. Potter contacted the City of Cranston Minimum Housing Department, which came to inspect the property on May 17 and issued a Notice of Violation citing several problems with the apartment on May 21. A copy of the Notice of Violation is appended to this pleading as Exhibit B.

21. On May 28, Ms. Potter spoke at a Cranston City Council meeting about the poor conditions of her apartment and the 1890 Broad Street property generally. The minutes of the meeting indicate that the 1890 Broad Street property was much discussed among the city council members, many of whom expressed their concern about the condition of the property and the pace of the work being performed there.

22. On May 28, Spring Street Realty mailed a termination of tenancy notice to Ms. Potter, indicating that her tenancy would terminate on July 1, 2024. A copy of that termination notice is appended to this pleading as Exhibit C.

23. Spring Street Realty filed an action for possession in the Third Division District Court, 3CA-2024-5801, on July 2. The case was subsequently disposed on August 21

Case Number: 3CA-2024-08347
Filed in 3rd Division District Court
Submitted: 10/30/2024 8:11 PM
Envelope: 4861430
Reviewer: Giavanna Funaro

Case 1:25-cv-00323-JJM-AEM   Document 27-3   Filed 06/01/26   Page 13 of 24 PageID #: 705

after the Court granted Ms. Potter's motion to dismiss on the grounds that Spring Street Realty, LLC accepted her rent without reservation, thereby barring it from pursuing the action for possession.

24. That same day, Spring Street Realty delivered the termination of tenancy notice underlying this action, purporting to terminate her tenancy on October 1, 2024.

25. Ms. Potter continues to pay her rent and paid rent for October, 2024. Spring Street Realty, LLC perhaps the wiser for its experience, mailed to Ms. Potter a notice informing her that by accepting her rent it was not reinstating her tenancy and would continue to pursue this action.

<u>**DEFENDANT'S FIRST AFFIRMATIVE DEFENSE COUNTERCLAIM**</u>

**Retaliation R.I.G.L. § 34-18-46**

26. Paragraphs 1-25 are hereby incorporated by reference.

27. Section 34-18-46 prohibits a landlord from retaliating against a tenant by "bringing or threatening to bring an action for possession because: (1) The tenant has complained to a governmental agency charged with responsibility for enforcement of a building or housing code of a violation applicable to the premises materially affecting health and safety; or (2) The tenant has complained to the landlord of a violation under § 34-18-22; or (3) The tenant has organized or become a member of a tenants' union or similar organization; or (4) The tenant has availed himself or herself of any other lawful rights and remedies."

28. Ms. Potter has done all of these things. She has complained to the Cranston Minimum Housing Department. She has complained to the landlord about the condition of her apartment. She was instrumental in organizing the Union. She brought actions in

Case Number: 3CA-2024-08347
Filed in 3rd Division District Court
Submitted: 10/30/2024 8:11 PM
Envelope: 4861430
Reviewer: Giavanna Funaro

Case 1:25-cv-00323-JJM-AEM    Document 27-3    Filed 06/01/26    Page 14 of 24 PageID #: 706

court to vindicate her rights and went to the media to bring attention to the problems occurring at 1890 Broad Street and her apartment specifically.

29. Spring Street Realty, LLC was aware of all of these actions and had manifested its animosity towards the efforts of Ms. Potter and Reclaim RI to form the Union. Spring Street Realty, LLC went so far as to post public signs on the 1890 Broad Street property warning tenants that engaging in the organizing effort "may effect [sic] your future tenancy."

30. Spring Street Realty, LLC let Ms. Potter know that her actions had affected her tenancy when it sent the first termination of tenancy notice on May 28. The subsequent termination of tenancy notice sent the day the previous action for possession was dismissed is a continuation of the same animus.

31. Section 34-18-46 goes on to say that "In an action by or against the tenant, evidence of a complaint within six (6) months before the alleged act of retaliation creates a presumption that the landlord's conduct was in retaliation….'Presumption' means that the trier of fact must find the existence of the fact presumed unless and until evidence is introduced which would support a finding of its nonexistence."

32. Ms. Potter did make such a complaint within 6 months before Spring Street Realty, LLC sent her the termination notice of May 28, and August 21. She is therefore entitled to the presumption that this action is retaliatory.

33. The litany of protected actions Ms. Potter took leading up to the delivery of the termination of tenancy notices she received, and Spring Street Realty's reaction to her efforts to form the Union compel the conclusion that Spring Street Realty, LLC brought this action in retaliation.

Case Number: 3CA-2024-08347
Filed in 3rd Division District Court
Submitted: 10/30/2024 8:11 PM
Envelope: 4861430
Reviewer: Giavanna  Funaro

34. Accordingly, Ms. Potter is entitled to judgment in her favor, damages in the amount of three months' periodic rent, and a reasonable attorney's fee. R.I.G.L. §§ 34-18-46(b) and 34-18-34.

## DEFENDANT'S SECOND COUNTERCLAIM

### Landlord's Non-compliance R.I.G.L. § 34-18-28

35. Paragraphs 1-34 are incorporated by reference.

36. Spring Street Realty, LLC has failed in its obligation to maintain Ms. Potter's dwelling unit in a fit and habitable condition in accordance with the rental agreement and R.I.G.L. § 34-18-22.

37. Therefore, Ms. Potter is entitled to recover any actual damages incurred as a result of the landlord's non-compliance and injunctive relief pursuant to R.I.G.L. § 34-18-28(b).

38. Furthermore, Spring Street Realty LLC's non-compliance is willful and entitles Ms. Potter to a reasonable attorney's fee. *Id.*

WHEREFORE, Defendant MELISSA POTTER requests this Court enter judgment:

1. Denying Plaintiff possession of the dwelling unit;

2. Dismissing this action;

3. Awarding her damages in the amount of three months' periodic rent;

4. Awarding her actual damages in an amount to be proven at trial;

5. Abating her rent and disgorging any amounts paid in excess of the fair market valus of the unit during the period of the Plaintiff's non-compliance;

6. Ordering Plaintiff to make all necessary repairs to restore the dwelling unit to a fit an habitable condition in conformance with R.I.G.L. § 34-18-22; and

Case Number: 3CA-2024-08347
Filed in 3rd Division District Court
Submitted: 10/30/2024 8:11 PM
Envelope: 4861430
Reviewer: Giavanna Funaro

7.  Granting any such further relief as the Court deems just and proper.

Respectfully Submitted,

Defendant Melissa Potter
By Counsel,
Samuel E. Cramer, Esq.
/s/ Samuel E. Cramer
#10290
1 Empire St. Suite 410
Providence, RI 02903
401-216-7298
scramer@centerforjustice.org

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of October, 2024, I filed and served this document through the electronic filing system on the following parties: Spring Street Realty, LLC. The Document electronically filed and served is available for viewing and/or downloading from the Rhode Island Judiciary's Electronic Filing System.

/s/ Samuel Cramer

Case Number: 3CA-2024-08347
Filed in 3rd Division District Court
Submitted: 10/30/2024 8:11 PM
Envelope: 4861430
Reviewer: Giavanna  Funaro

# EXHIBIT A

Elmwood Realty, LLC
2077 Elmwood Avenue
Warwick, RI 02888
401-738-5000
Fax: 401-781-9977

# ABSOLUTELY NO SOLICITATION ON THIS PROPERTY

## NO SALES PEOPLE

## NO RECLAIM RI

### POLICE WILL BE CALLED AND A NO TRESPASS ORDER WILL BE REQUESTED

Tenants are asked to follow this policy as it may effect your future tenancy

---

www.cranstononline.com

# CranstonHerald

THURSDAY, MARCH 7, 2024          2 SECTIONS · 20 PAGES · $1.00

## rri wants to take Cranston back to basics

By KEVIN FITZPATRICK

rimary fight on the horizon for the Demo-
nee for mayor of Cranston, councilman
i can rest relatively easy compared to his
tive Republican competitors. He had time
sit down with the Cranston Herald and
for the first time on his platform, which
e city focusing on its fundamentals.
on I want to run for mayor was the same
for council," he said from a booth at Cha-
. "I felt that I could make a difference.
the people in the city."



Case Number: 3CA-2024-08347
Filed in 3rd Division District Court
Submitted: 10/30/2024 8:11 PM
Envelope: 4861430
Reviewer: Giavanna Funaro

# EXHIBIT B

# CITY OF CRANSTON
### Building/Zoning and Minimum Housing Department
*35 Sockanosset Cross Roads –Suite 6, Cranston, RI 02920*
*Phone (401)780-6043    Fax (401) 780-6002*



To:   Spring Street Realty, LLC                Date:  May 21, 2024
       c/o Stephen M. Litwin, Esq. (Registered Agent)
       116 Orange Street
       Providence, RI 02903

Property Affected: <u>1890 Broad St., Cranston, RI 02905 P: 2 L: 949</u>

## NOTICE OF VIOLATION

As a result of an inspection conducted by this department on   <u>May 17, 2024</u>  the following Violation(s) of the **State of Rhode Island Property Maintenance Code 2022, SBC-6** was noted:

Section(s): Apartment #111

**304.18.1-** Exterior door lock (deadbolt) to be repaired as required. Not locking properly.

**304.15-** Exterior door to be repaired (not weathertite- gap on bottom)

**305.3-** Interior surfaces to be maintained in good condition, Bedroom ceiling needs protective treatment areas of chipping/peeling paint.

**309.1-Infestation-** Structures shall be kept free of rodent infestation. After pest elimination proper precautions shall be taken to prevent reinfestation. Note: Documentation of pest elimination and continued services as required to maintain reinfestation.

**605.1-** Electrical Equipment Installation- Electrical equipment, wiring and appliances shall be properly installed and maintained. ( 2 Electrical Outlets -1 bedroom, 1- Livingroom to be checked and or repaired by a RI Licensed Electrical Contractor with the required Electrical Permit or Documentation on company letterhead with License number stating that outlets are in proper working condition, have not been exposed/damaged by water and meet Code Standards, supplied to this office.)

**305.3.1-305.3.5-**All hazardous materials & lead based substances to be addressed in accordance with the Rhode Island Department of Health regulations and standards. Property was built prior to 1978 and will require that a Lead certificate be provided to this office to achieve compliance.

**PLEASE BE ADVISED THAT YOU HAVE <u>  10  </u> DAYS TO COMPLY WITH THIS ORDER. THIS PROPERTY WILL BE RE-INSPECTED FOR COMPLIANCE ON <u>June 7, 2024.</u>**

YOU MAY REQUEST A HEARING. The procedure for requesting such a hearing is set forth in Chapter 1 Section 111 – Appeal of Violations in the State of Rhode Island Property Maintenance Code 2022. Some repairs or corrections **<u>may require permits, which must be obtained</u>** from the Building, Health, Fire or other City Department **<u>before the work is started.</u>** In accordance with Section 106.3 of the State of Rhode Island Property Maintenance Code, any action taken by the authority having jurisdiction on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

FAILURE TO COMPLY WITH A NOTICE OF VIOLATION MAY RESULT IN A FINE NOT TO EXCEED **$500.00** PER DAY OR IMPRISONMENT FOR NOT MORE THAN ONE YEAR OR BOTH, FOR EACH VIOLATION THEREOF, WHERE EACH DAY OF NON-COMPLIANCE SHALL CONSTITUTE A SEPARATE VIOLATION. ANY VIOLATION, DEFICIENCY OR REQUIREMENT, WHICH MAY HAVE BEEN OVERLOOKED IN THE COURSE OF THIS INSPECTION, IS ALSO SUBJECT TO CORRECTION UNDER THE PROVISIONS OF ANY APPLICABLE CODE. **If any additional information is desired you may contact this office.**

Yours truly in building inspections,

---

**Annamarie Marchetti**
**Minimum Housing Inspector**
**(401) 780-6043**                                                        **Regular Mail**

Case Number: 3CA-2024-08347
Filed in 3rd Division District Court
Submitted: 10/30/2024 8:11 PM
Envelope: 4861430
Reviewer: Giavanna  Funaro

# EXHIBIT C

Case Number: 3CA-2024-08807
Filed in 3rd Division District Court
Submitted: 7/2/2024 8:11 PM
Envelope: 4669430
Reviewer: Giavanna Funaro

Case 1:25-cv-00323-JJM-AEM    Document 27-3    Filed 06/01/26    Page 23 of 24 PageID #: 715

## NOTICE OF TERMINATION OF TENANCY

DATE OF MAILING: May 28, 2024

TO:    Ms. Melissa Potter
         Unit 111
         1890 Broad Street
         Cranston, Rhode Island 02905

You are hereby directed to vacate and remove your property and personal possessions from the premises located at 1890 Broad Street, Unit 111, Cranston, Rhode Island 02905 and deliver control of the premises to the Landlord/Owner on the first day after the end of your current rental period, namely, July 1, 2023.

This notice is given for the purpose of terminating your tenancy. You must continue to pay rent as it becomes due until the date indicated above. If you fail to pay that rent, a nonpayment eviction action may be instituted against you.

If you fail to vacate the premises by the date specified, an eviction may be instituted against you without further notice. If you believe you have a defense to this termination, you will be able to raise that defense at the court hearing.

Attorney for:
Spring Street Realty, LLC
Landlord

_Stephen M Litwin_

Stephen M. Litwin, Esquire
Bar Code No.: 2974
116 Orange Street
Providence, Rhode Island 02903
Tel: (401) 273-5155
Fax: (401) 273-5751

Case Number: 3CA-2024-08347
Filed in 3rd Division District Court
Submitted: 10/14/2025 2:02 PM
Envelope: 5351415
Reviewer: Lauren Rotondo

STATE OF RHODE ISLAND                    DISTRICT COURT
KENT                                     THIRD DIVISION


SPRING STREET REALTY, LLC
        *Plaintiff*

vs.                                      C.A. No: 3CA-2024-08347

MELISSA POTTER
        *Defendant*


## DISMISSAL STIPULATION

The parties hereby agree to dismiss the within matter, without prejudice.


**Plaintiff,**                           **Defendant,**

Spring Street Realty, LLC                Melissa Potter
By its Attorney                          By her Attorney



Stephen M. Litwin, Esquire #2974         Samuel E. Cramer, Esquire #10290
116 Orange Street                        1 Empire Street, Suite 410
Providence, RI 02903                     Providence, RI 02903
Tel:  (401) 273-5155                     Tel: (401) 216-7298
Fax: (401) 273-5751                      Email: scramer@centerforjustice.org
Email: attysml@aol.com