# EXHIBIT D

Case Number: 3CA-2025-02901
Filed in 3rd Division District Court
Submitted: 10/14/2025 2:04 PM
Envelope: 5351422
Reviewer: Lauren Rotondo

STATE OF RHODE ISLAND                        DISTRICT COURT
KENT                                         THIRD DIVISION


SPRING STREET REALTY, LLC
    *Plaintiff*

vs.                                          C.A. No: 3CA-2025-02901

MELISSA POTTER
    *Defendant*


## DISMISSAL STIPULATION

The parties hereby agree to dismiss the within matter, without prejudice.


**Plaintiff,**                               **Defendant,**

Spring Street Realty, LLC                    Melissa Potter
By its Attorney                              By her Attorney



_____             _____
Stephen M. Litwin, Esquire #2974            Samuel E. Cramer, Esquire #10290
116 Orange Street                            1 Empire Street, Suite 410
Providence, RI 02903                         Providence, RI 02903
Tel: (401) 273-5155                          Tel: (401) 216-7298
Fax: (401) 273-5751                          Email: scramer@centerforjustice.org
Email: attysml@aol.com