# EXHIBIT G

Providence/Bristol County Superior Court

## Case Summary

### Case No. PC-2024-04447

| | | |
|---|---|---|
| **Matthew Stevens v. Elmwood Realty, LLC** | § | Location: **Providence/Bristol County Superior Court** |
| | § | Filed on: **08/09/2024** |

---

### Case Information

| | |
|---|---|
| Case Type: | Personal Injury |
| Case Status: | **08/09/2024 Unassigned** |
| Case Flags: | **Claim for Jury Trial** |

---

### Party Information

| | | |
|---|---|---|
| **Plaintiff** | **Stevens, Matthew** | **CAMPOPIANO, MICHAEL F.** *Retained* |
| **Defendant** | **Elmwood Realty, LLC** | **COMLEY, HEATH** *Retained* |

---

### Case Events

| | |
|---|---|
| 08/09/2024 | Complaint Filed |
| 08/09/2024 | Claim of Jury Trial Filed |
| 08/13/2024 | Summons |
| 08/23/2024 | Summons Returned Served |
| 09/10/2024 | Extension Of Time |
| 09/10/2024 | Answer Filed |
| 11/25/2024 | Entry of Appearance |
| 02/18/2025 | Entry of Appearance |
| 02/24/2025 | Rule 7 Motion to Compel Discovery |
| 02/27/2025 | Rule 7 Motion to Compel Answers to Interrogatories |
| 03/06/2025 | Objection to Motion |
| 04/17/2025 | Order Motion to Compel Discovery    (Judicial Officer: Smith, Christopher K.) |
| 04/25/2025 | Motion for Enlargement of Time |
| 04/25/2025 | Rule 7 Motion to Enlarge Time |
| 04/28/2025 | Motion Not Scheduled |

**Providence/Bristol County Superior Court**

## Case Summary

### Case No. PC-2024-04447

| | |
|---|---|
| 04/29/2025 | Objection to Rule of Court Motion |
| 04/29/2025 | Motion for Conditional Default |
| 04/30/2025 | Motion Not Scheduled |
| 06/05/2025 | Motion for Conditional Default |
| 06/06/2025 | Objection to Motion |
| 06/24/2025 | Entry of Appearance |
| 07/15/2025 | Conditional Order of Default     (Judicial Officer: McBurney, Associate Justice Joseph J) |
| 08/01/2025 | Rule 7 Motion for More Responsive Answers |
| 08/08/2025 | Objection to Rule of Court Motion |
| 08/25/2025 | Order Motion to Compel Answers to Interrogatories     (Judicial Officer: Smith, Christopher K.) |
| 09/04/2025 | Amended Order Entered     (Judicial Officer: Smith, Christopher K.) |

---

## Hearings

03/13/2025  *CANCELED* **Rule 7 Hearing on Motion to Compel Discovery**  (4:00 PM)  (Judicial Officer: Smith, Christopher K.)
03/13/2025 Reset by Court to 03/13/2025
*45 Day Order to Enter*

03/13/2025  *CANCELED* **Rule 7 Hearing on Motion to Compel Answer to Interrogatories**  (9:30 AM)  (Judicial Officer: Smith, Christopher K.)
*Passed*

05/08/2025  *CANCELED* **Rule 7 Hearing on Motion to Enlarge Time**  (9:30 AM)  (Judicial Officer: Smith, Christopher K.)
05/08/2025 Reset by Court to 05/08/2025
*Order to Enter*

07/03/2025  *CANCELED* **Hearing on Motion for Conditional Default**  (4:00 PM)  (Judicial Officer: McBurney, Associate Justice Joseph J)
06/26/2025 Reset by Court to 07/03/2025
*30 Day Order to Enter*

08/14/2025  *CANCELED* **Rule 7 Hearing on Motion for More Responsive Answers**  (4:00 PM)  (Judicial Officer: Smith, Christopher K.)
08/14/2025 Reset by Court to 08/14/2025
*45 Day Order to Enter*

---

## Financial Information

| | |
|---|---|
| **Plaintiff**     Stevens, Matthew | |
| Total Financial Assessment | 180.75 |
| Total Payments and Credits | 180.75 |
| **Balance Due as of 06/01/2026** | **0.00** |

**Providence/Bristol County Superior Court**

**Case Summary**

**Case No. PC-2024-04447**

| | | | |
|---|---|---|---|
| 08/13/2024 | Transaction Assessment | | 180.75 |
| 08/13/2024 | Electronic Payment | Receipt # SCP-2024-008893 | (180.75) |

Printed on 06/01/2026 at 4:39 PM

STATE OF RHODE ISLAND          SUPERIOR COURT
PROVIDENCE, SC.

MATTHEW STEVENS

v.                                                 CA No.:

ELMWOOD REALTY, LLC,
and DOE ENTITIES 1-5

## COMPLAINT

### *PARTIES*

1. Plaintiff MATTHEW STEVENS is a resident of the City of Cranston, County of Providence, State of Rhode Island.

2. Defendant ELMWOOD REALTY, LLC (hereinafter "Defendant ELMWOOD"), upon information and belief, is a domestic limited liability company organized and existing in the State of Rhode Island and operating under Rhode Island law.

3. Defendants DOE ENTITES 1-5 are individuals and/or entities who owned, operated and/or maintained the subject property and whose identities are currently unknown but are expected to be revealed throughout the course of discovery.

4. Upon information and belief, and all times material hereto, Defendants owned, operated and/or maintained the property located at 175 Concord Avenue, Cranston, RI (hereinafter "the Premises").

### *JURISDICTION AND VENUE*

5. Jurisdiction is proper as the amount in controversy exceeds this court's jurisdictional requirements.

6. Venue is proper as the subject incident occurred within Providence County.

### *FACTS*

7. On or about June 4, 2024, Plaintiff MATTHEW STEVENS was a tenant, guest and/or invitee at the Premises located at 175 Concord Avenue, Cranston, RI.

8. At all times material hereto, the Premises was owned, operated and/or maintained by the Defendants.

9. At all times material hereto, Plaintiff MATTEW STEVENS was in the exercise of due caution and care.

1

Case Number: PC-2024-04447
Filed in Providence/Bristol County Superior Court
Submitted: 8/9/2024 2:04 PM
Envelope: 4750699
Reviewer: Alexandra R.

## COUNT I – NEGLIGENCE
### (DEFENDANT ELMWOOD REALTY, LLC)

10. Plaintiff reasserts and realleges the prior paragraphs as if fully set forth herein.

11. On or about June 4, 2024, Defendant ELMWOOD owed a duty to Plaintiff to maintain all areas of the Premises in a reasonable manner that is safe and secure for his use thereof and passage there on, to warn its tenants/guests/invitees of any dangers or defects that were known or should have been known to the Defendant ELMWOOD, and/or to repair or perform remedial work on any dangerous conditions or defects that are known or should have been known to the Defendant ELMWOOD.

12. On said date above, and/or prior thereto, Defendant ELMWOOD directly or through employees and/or agents breached said duty owed to Plaintiff in that they:

    a. Negligently, willfully and/or recklessly permitted and allowed an unsafe, dangerous or defective condition to exist at the subject Premises; and/or

    b. Negligently, willfully and/or recklessly failed to warn the Plaintiff of said unsafe, dangerous or defective condition at the subject Premises; and/or

    c. Negligently, willfully and/or recklessly failed to repair, correct or guard against said unsafe, dangerous and/or defective condition at the subject Premises.

13. As a direct and proximate result of the Defendant ELMWOOD's breach of said duty, Plaintiff was caused to trip and/or fall due to unsafe, damaged, and/or broken flooring in his rental unit on the Premises while he was lawfully on the Premises as a tenant, guest and/or invitee of Defendant ELMWOOD.

14. As a further direct and proximate result of Defendant ELMWOOD's negligent, willful or reckless actions or inactions, the Plaintiff has sustained severe and permanent personal injuries, great pain of body and mind, as incurred tremendous medical expenses, suffered loss of enjoyment of life, lost wages and/or earning capacity, and has suffered other great damage.

## COUNT II – NEGLIGENCE
### (DEFENDANTS DOE ENTITIES 1-5)

15. Plaintiff reasserts and realleges the prior paragraphs as if fully set forth herein.

16. On or about June 4, 2024, Defendants DOE ENTITES 1-5, whose identities are currently unknown but expected to be revealed throughout the course of discovery, owed a duty to Plaintiff to maintain all areas of the Premises in a reasonable manner that is safe and secure for his use thereof and passage there on, to warn its tenants/guests/invitees of any dangers or defects that were known or should have been known to the Defendants DOE ENTITES

2

Case Number: PC-2024-04447
Filed in Providence/Bristol County Superior Court
Submitted: 8/9/2024 2:04 PM
Envelope: 4750699
Reviewer: Alexandra R.

Case 1:25-cv-00323-JJM-AEM    Document 27-7    Filed 06/01/26    Page 7 of 7 PageID #: 820

1-5, and/or to repair or perform remedial work on any dangerous conditions or defects that are known or should have been known to the Defendants DOE ENTITES 1-5.

17. On said date above, and/or prior thereto, Defendant DOE ENTITES 1-5 directly or through employees and/or agents breached said duty owed to Plaintiff in that they:

   a. Negligently, willfully and/or recklessly permitted and allowed an unsafe, dangerous or defective condition to exist at the subject Premises; and/or

   b. Negligently, willfully and/or recklessly failed to warn the Plaintiff of said unsafe, dangerous or defective condition at the subject Premises; and/or

   c. Negligently, willfully and/or recklessly failed to repair, correct or guard against said unsafe, dangerous and/or defective condition at the subject Premises.

18. As a direct and proximate result of the Defendants DOE ENTITES 1-5's breach of said duty, Plaintiff was caused to trip and/or fall due to unsafe, damaged, and/or broken flooring in his rental unit on the Premises while he was lawfully on the Premises as a tenant, guest and/or invitee.

19. As a further direct and proximate result of Defendants DOE ENTITES 1-5's negligent, willful or reckless actions or inactions, the Plaintiff has sustained severe and permanent personal injuries, great pain of body and mind, as incurred tremendous medical expenses, suffered loss of enjoyment of life, lost wages and/or earning capacity, and has suffered other great damage.

**WHEREFORE**, the Plaintiff hereby demands judgment against the Defendants, jointly and severally, in an amount sufficient to confer jurisdiction upon this Honorable Court, together with interest, costs, attorney's fees and any other such relief this Court deems just and proper.

Plaintiff,
By counsel,

/s/ Zachary Bourdony
Zachary Bourdony, Esq.
RI Bar No. 9792
Law Offices of Michael F. Campopiano
21 Douglas Avenue
Providence, RI 02908
(401) 288-3888
zab@mfclaw.com

Date:   08/09/2024

3