# EXHIBIT H

3rd Division District Court

# Case Summary

### Case No. 3CA-2024-02834

| | | |
|---|---|---|
| **Kellee Silva v. Elmwood Realty** | § <br> § | Location: **3rd Division District Court** <br> Filed on: **04/05/2024** |

---

## Case Information

**Statistical Closures**                                              Case Type: Civil
05/14/2024  Bench Trial Disposition                                    Case Status: **05/14/2024  Closed**

---

## Party Information

| **Plaintiff** | **Silva, Kellee** | **RICE, OWEN JEROME** <br> *Retained* |
|---|---|---|
| **Defendant** | **Elmwood Realty** | **LITWIN, STEPHEN M.** <br> *Retained* |

---

## Case Events

| | |
|---|---|
| 04/05/2024 | Tenant Restraining Order Against Landlord Filed |
| 04/05/2024 | Motion to Proceed in Forma Pauperis |
| 04/05/2024 | Motion Denied |
| 04/05/2024 | Order Entered |
| 04/05/2024 | Order Entered |
| 04/16/2024 | Notice Sent |
| 04/16/2024 | Notice Sent |
| 04/16/2024 | Notice Sent |
| 04/16/2024 | Notice Sent |
| 04/16/2024 | Notice Sent |
| 04/19/2024 | Entry of Appearance |
| 04/23/2024 | Notice Sent |
| 04/23/2024 | Notice Sent |
| 04/23/2024 | Notice Sent |
| 04/23/2024 | Notice Sent |

**3rd Division District Court**

**Case Summary**

**Case No. 3CA-2024-02834**

| | | |
|---|---|---|
| 04/23/2024 | 📄 | Order Entered |
| 04/30/2024 | 📄 | Notice Sent |
| 04/30/2024 | 📄 | Notice Sent |
| 04/30/2024 | 📄 | Notice Sent |
| 04/30/2024 | 📄 | Notice Sent |
| 04/30/2024 | 📄 | Order Entered |
| 05/14/2024 | 📄 | Case Dismissed |

## Hearings

04/05/2024  **Hearing on Restraining Order - Tenant/Landlord** (9:00 AM)  (Judicial Officer: Trezvant, William J.)
*Hearing Concluded*

04/05/2024  **Hearing on Motion to Proceed in Forma Pauperis** (9:00 AM)  (Judicial Officer: Trezvant, William J.)
*Hearing Concluded*

04/16/2024  **Hearing on Restraining Order - Tenant/Landlord** (10:00 AM)  (Judicial Officer: Trezvant, William J.)
*Hearing Continued*

04/23/2024  📄
**Hearing on Restraining Order - Tenant/Landlord** (11:00 AM)  (Judicial Officer: Trezvant, William J.)
*Hearing Continued*

04/30/2024  📄
**Hearing on Restraining Order - Tenant/Landlord** (2:00 PM)  (Judicial Officer: Trezvant, William J.)
04/30/2024 Reset by Court to 04/30/2024
*Hearing Continued*

05/14/2024  📄
**Hearing on Restraining Order - Tenant/Landlord** (11:00 AM)  (Judicial Officer: Trezvant, William J.)
*Hearing Concluded*

## Financial Information

| | | |
|---|---|---|
| **Plaintiff** Silva, Kellee | | |
| Total Financial Assessment | | 100.75 |
| Total Payments and Credits | | 100.75 |
| **Balance Due as of 06/01/2026** | | **0.00** |
| 04/05/2024 Transaction Assessment | | 100.75 |
| 04/05/2024 Counter Payment | Receipt # DC3D-2024-004081 | (100.75) |

Printed on 06/01/2026 at 4:40 PM



# STATE OF RHODE ISLAND JUDICIARY

## DISTRICT COURT

### COMPLAINT AND MOTION FOR TEMPORARY
### RESTRAINING ORDER - TENANT AGAINST LANDLORD

| Plaintiff Kellee Silva | Civil Action File Number JCA- 2024 -02854 |
|---|---|
| Defendant Elmwood Realty LLC | Attorney for the Plaintiff or the Plaintiff |
| Address of the Defendant 2077 Elmwood Ave Warwick 02888 | Address of the Plaintiff's Attorney or the Plaintiff 1890 Broad St Cranston Apt 110 |

| | |
|---|---|
| ☐ Murray Judicial Complex 2nd Division District Court 45 Washington Square Newport, Rhode Island 02840-2913 (401) 841-8350 | ☐ Noel Judicial Complex 3rd Division District Court 222 Quaker Lane Warwick, Rhode Island 02886-0107 (401) 822-6750 |
| ☐ McGrath Judicial Complex 4th Division District Court 4800 Tower Hill Road Wakefield, Rhode Island 02879-2239 (401) 782-4131 | ☒ Garrahy Judicial Complex 6th Division District Court One Dorrance Plaza Providence, Rhode Island 02903-2719 (401) 458-5400 |

Pursuant to G.L. 1956 §§ 34-18-6, 34-18-34, and/or 34-18-45, the Plaintiff hereby requests that this court enter a Temporary Restraining Order for the reasons set forth below. In support of this Complaint and Motion, the Plaintiff states:

1.  The Plaintiff is the tenant of the rental premises located at: 1890 Broad St. Cranston RI 02905

2.  The Defendant is the landlord/owner of the property.

3.  The Defendant has violated G.L. 1956 §§ 34-18-44 and/or 34-18-26 by doing one (1) or more of the following:

☐ The Defendant changed the locks to Plaintiff's apartment or otherwise excluded Plaintiff from the apartment.

☒ The Defendant shut off or otherwise interrupted Plaintiff's utility service, specifically: (Check as needed)    mouse infestation, hole from my bathroom into basement, ☐ Electricity ☒ Heat ☐ Gas ☐ Water ☒ Other: windows screwed shut.

Page 1 of 3

DC-61 (revised January 2023)



# STATE OF RHODE ISLAND JUDICIARY

## DISTRICT COURT

☒ The Defendant has abused the right to reasonable access by entering the Plaintiff's apartment without giving the Plaintiff prior notice and without obtaining the Plaintiff's consent.

4. The Plaintiff has been harmed by these actions and will suffer irreparable harm if the court does not enter a Temporary Order as requested in this Motion and Complaint.

5. The Plaintiff contacted or attempted to contact the Defendant to tell the Defendant of this request for a Temporary Restraining Order by doing the following: **Called**

_____

**WHEREFORE,** the Plaintiff asks this court to:

1. Enter a Temporary Restraining Order and Preliminary and Permanent Injunction, enjoining the Defendant to:

☐ Immediately give Plaintiff full access to and use of the rental premises and to return any property he/she may have removed from Plaintiff's apartment.

☒ Immediately restore all utility services that he/she terminated or interrupted.

☒ Cease and desist from entering Plaintiff's apartment without first giving Plaintiff proper notice and obtaining Plaintiff's prior consent except in case of emergency.

and

2. Award the Plaintiff statutory damages as allowed by G.L. 1956 §§ 34-18-34 and/or 34-18-45 and grant such further relief as this court deems fit and proper.

I, **Kellee Silva**, after being duly sworn, depose on oath and state that I am the Plaintiff in the above-entitled case, and I have personal knowledge of the matters to which the Complaint refers, and that these matters are true and correct to the best of my knowledge and belief.

| Name of the Plaintiff |
|---|
| Kellee Silva |
| Signature of the Plaintiff |
| Kellee Silva |

Page 2 of 3

DC-61 (revised January 2023)



# STATE OF RHODE ISLAND JUDICIARY

## DISTRICT COURT

State of _Rhode Island_

County of _Providence_

On this _5th_ day of _April_ , 20_24_ , before me, the undersigned notary public, personally appeared _Kellee J. Silva_

☐ personally known to the notary or ☒ proved to the notary through satisfactory evidence of identification, which was _RI Driver's Lic_ , to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____

My commission expires: _7-1-26_

Notary identification number: _759075_

## ATTORNEY CERTIFICATE

| | Rhode Island Bar Number: |
|---|---|
| /s/ _____<br>  Attorney for the Plaintiff | Date: |
| Office Telephone Number: | |

Page 3 of 3

DC-61 (revised January 2023)



# STATE OF RHODE ISLAND JUDICIARY

## DISTRICT COURT

### TENANT RESTRAINING ORDER AGAINST LANDLORD - AFFIDAVIT

| Plaintiff | Civil Action File Number |
|---|---|
| Kellee J Silva | |

| Defendant |
|---|
| Elmwood Realty LLC |

I, __Kellee Silva__ , on oath do depose and state as follows.

1. My name is __Kellee Silva__

2. I reside at __1890 Broad St Cranston RI 02905 Apt 11D.__

3. My landlord is __Elmwood Realty LLC. Jeffrey Butler__.

4. The following has occurred:

No heat - I moved in January 1st and have had heat maybe 7 days total. My heat was below 50 for 4 days straight.
I have a mouse infestation with many holes in my walls / floors. they hide and stay in my stove. there is ~~rat poop~~ mouse poop everywhere.
Elmwood Realty broke into my apartment while I was at work with a 20 minute notice but I was at work so I didn't see the email. I called the cops and put it on file. Heat is included in rent. having to run space heaters. Theres a hole in my bathroom down to basement. can see into my bathroom from the basement. Screwed window shut.

| Name of the Plaintiff |
|---|
| Kellee Silva |

| Signature of the Plaintiff |
|---|
| Kellee Silva |

Page 1 of 2

DC-61 (revised January 2023)



# STATE OF RHODE ISLAND JUDICIARY

## DISTRICT COURT

State of __Rhode Island__

County of __Providence__

On this __5__ day of __April__, 20__24__, before me, the undersigned notary public, personally appeared __Kellee J. Silva__

☐ personally known to the notary or ☒ proved to the notary through satisfactory evidence of identification, which was __RI Driver's Lic.__, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____

My commission expires: __7-1-26__

Notary identification number: __759075__

Page 2 of 2

DC-61 (revised January 2023)



# STATE OF RHODE ISLAND JUDICIARY

## DISTRICT COURT

### ORDER:   TENANT/LANDLORD

| | |
|---|---|
| **Plaintiff** Kellee Silva | **Civil Action File Number** 3CA-2024-02834 |
| v. | |
| **Defendant** Elmwood Realty | |

The above-entitled case having been heard before _Stewart_

Chief Judge/ Associate Judge/ Magistrate

on _____ and after due consideration thereon it is hereby:

**ORDERED, ADJUDGE, AND DECREED**

☐ Motion is Granted

☐ Motion is Denied

☐ Other: _continued pcf controls measures to be done one a week, the heating 1x/m to ye checked_

_Case to be dismissed_

Entered as an Order of the District Court on this _14th_ day of _May_, 20_24_

| | |
|---|---|
| **ENTERED:** _____ Chief Judge/Associate Judge/Magistrate | **BY ORDER:** /s/ Dawn Bellamy Clerk |

DC-CMS-31 (revised November 2022)