# EXHIBIT I

Case Number: 6CA-2024-00134
Filed in 6th Division District Court
Submitted: 1/5/2024 1:59 PM
Envelope: 4431322
Reviewer: Erika Santilli

| | |
|---|---|
| **STATE OF RHODE ISLAND**<br>**PROVIDENCE** | **DISTRICT COURT**<br>**SIXTH DIVISION** |

|  |  |
|---|---|
| Esteven Rivera et al.<br>    *Plaintiffs*<br><br>v.<br><br>Jeffrey Butler; Elmwood Realty, LLC<br>    *Defendants* | Case No. 6CA-2024-0134 |

## <u>VOLUNTARY DISMISSAL BY</u><br><u>ESTEVEN RIVERA AND SYLVIA RIVERA</u>

Plaintiffs Esteven and Sylvia Rivera hereby voluntarily dismiss their claims in this matter against the Defendants pursuant to R.I. District Court Rules of Civil Procedure 41(a)(1)(A).

Respectfully submitted,

Attorneys for Plaintiffs Esteven and Sylvia Rivera,

/s/ Jennifer L. Wood
Jennifer L. Wood, Esq. Bar No. 3582
/s/ Samuel E. Cramer
Samuel Cramer, Esq. Bar No. 10290
/s/ John Karwashan
John Karwashan, Esq. Bar No. 9516
The R.I. Center for Justice
1 Empire Plaza, Ste. 410
Providence, RI 02903
Telephone: 401.837.6431
jwood@centerforjustice.org
scramer@centerforjustic.org
jkarwashan@centerforjustice.org

/s/ Lynette Labinger
Lynette Labinger, Esq., Bar No. 1645
128 Dorrance Street, Box 710
Providence, RI 02903
Telephone: 401.465.9565
LL@labingerlaw.com
Cooperating counsel
American Civil Liberties Union Foundation
of Rhode Island

Dated: January 5, 2024

Case Number: 6CA-2024-00134
Filed in 6th Division District Court
Submitted: 1/5/2024 1:59 PM
Envelope: 4431322
Reviewer: Erika Santilli

## CERTIFICATION

I hereby certify that on January 5, 2024, a true copy of this document was e-filed and is available for viewing and downloading to all counsel of record

_/s/ Jennifer L. Wood